474 A.2d 674

Commonwealth v. Lantzy, Appellant.
Petition for Allowance of Appeal
Denied Sept. 20, 1984.

Submitted September 30, 1983. Geoffrey L. Seacrist, for appellant; Gregory A. Olson, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.